> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington
> November 18, 2020
> WILLIAM M. McCOOL, Clerk
> By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JONATHAN LIVATT DUGGER,<br><br>Defendant. | NO.   CR20-200 RSM<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1
*(Arson)*

On or about October 3, 2020, at Seattle, in the Western District of Washington, JONATHAN LIVATT DUGGER did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building, that is, a Starbucks store

//
//

at 1600 East Olive Way, Seattle, Washington, that was used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

DATED: November 18, 2020

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

Indictment/Dugger - 2

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970