Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-200RSM |
| Plaintiff, | THIRD ORDER CONTINUING TRIAL |
| v. | |
| JONATHAN DUGGER, | |
| Defendant. | |

Having considered the record and the parties' stipulated motion, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv). The COURT, among other things, credits the parties' assertions regarding the need for defense preparation and the challenges posed by the current COVID-19 pandemic.

IT IS THEREFORE ORDERED that the parties' motion to continue the trial date is GRANTED. Trial is rescheduled for September 7, 2021. Pretrial motions are due August 5, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order and September 7, 2021, is excluded in computing the time within which trial must commence, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant

Order Continuing Trial – 1
*United States v. Dugger*, CR20-200RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 23rd day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney


*/s/ Talitha Hazelton*
TALITHA HAZELTON
Counsel for Jonathan Dugger

Order Continuing Trial – 2
*United States v. Dugger*, CR20-200RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970