Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>JONATHAN DUGGER,<br><br>                      Defendant. | NO. CR20-200RSM<br><br>ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO TELECONFERENCING |

Having considered the record and the parties' stipulated motion, the Court FINDS that the parties have set forth a sufficient basis to allow for the plea hearing in this matter to be held via video, and it should be held as soon as is practicable.

Dated this 5th day of August, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order – 1
*United States v. Dugger*, CR20-200RSM